UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BRUCE WAYNE HIGHLAND,

    Plaintiff,

v.                                            Case No: 5:15-cv-430-Oc-GKS-PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This cause comes for consideration on Plaintiff Bruce Wayne Highland's appeal (Doc. 1) from a final decision of the Commissioner of the Social Security Administration (the "Commissioner"), which the Court referred to United States Magistrate Judge Philip R. Lammens for a Report and Recommendation (Doc. 20). Highland filed an Objection (Doc. 21) to the Report and Recommendation. Having reviewed the Report and Recommendation and the Objection, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 20) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 24 day August, 2016.

                                                G. KENDALL SHARP
                                  SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record